# COHEN, FRANKEL & RUGGIERO, LLP
### ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • Fax (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

September 9, 2014

**VIA ECF**
The Honorable Alvin K. Hellerstein
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007 - 1312

Re:   U.S. v. Alexis Betancourt
      1:13 Cr. 00592-01 (AKH)

Dear Judge Hellerstein:

Please recall that I represent Alexis Betancourt, the defendant in the above-referenced matter. I am writing with the consent of the Government to seek a brief adjournment of the sentencing hearing currently scheduled for September 19, 2014 at 11 a.m. This is the second request for an adjournment of sentencing in this matter. I have spoken with A.U.S.A. Edward B. Diskant who has no objection to this request.

Both parties expect to be ready to go forward with the sentencing hearing by September 19, 2014. However, prior to the first adjournment of this matter to September 19, 2014 by Your Honor, two of my New York State cases had been scheduled in Richmond County Criminal Court at 9:30 a.m. on September 19, 2014. Because I will likely not make it back to appear before Your Honor by 11 a.m. on September 19, I am seeking to reschedule the sentencing hearing to either September 19, 2014 at 12:30 p.m., or in the morning on September 22, 2014, or any day during the week of September 29, 2014.

Thank you for considering this request.

Respectfully submitted,

Mark I. Cohen

MIC/az
c:   A.U.S.A. Edward B. Diskant
     U.S.P.O Smyla JonesA
     Mr. Alexis Betancourt